```
IN THE UNITED STATES DISTRICT COURT FOR THE
            EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 6:24-mj-00001-HBK |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| MOKRANE MIMOUN, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on January 2, 2024 to 3 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released January 2, 2024.  A certified Judgment and Commitment order to follow.

Date: 01/02/2024

_____
U.S Magistrate Judge

Order of Release - 1